# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY LANGSTON LOWE,
              Appellant,
      vs.
THE STATE OF NEVADA,
              Respondent.

No. 67505

**FILED**

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING APPEAL*

This appeal was initiated by the filing of a pro se appeal. Further review of the document submitted in this case reveals a jurisdictional defect. The notice of appeal submitted in this court does not bear the file stamp of the district court clerk. Notices of appeal must be filed in the district court in the first instance. *See* NRAP 3(a)(1). Accordingly, we direct the clerk of this court to administratively close the instant appeal and transmit the notice of appeal to the district court clerk.

It is *so* ORDERED.


                              C.J.

cc:   Eighth Judicial District Court Dept. 20
       Courtney Langston Lowe
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-08610